UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

United States of America

                    v.

Donte Melvin,
---

ORDER ACCEPTING PLEA ALLOCUTION

09 Cr. 310 (SCR)

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated March 31, 2009, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: *May 18, 2009*

SO ORDERED:

*/s/ Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____